AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:13-M -14667(1) |
| | § | |
| (1) Marcotulio Diaz-Sanchez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 04, 2013** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On December 4, 2013, the defendant, Marcotulio DIAZ-Sanchez, a native and citizen of Mexico, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas."*

Continued on the attached sheet and made a part of hereof: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant

12/06/2013 at DEL RIO, Texas

File Date — City and State

VICTOR ROBERTO GARCIA

U.S. MAGISTRATE JUDGE

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:13-M -14667(1) - VRG |
| | § | |
| (1) Marcotulio Diaz-Sanchez | § | |

## JUDGEMENT IN A CRIMINAL CASE
**(For A Petty Offense)** - Short Form

The defendant, Marcotulio Diaz-Sanchez, was presented by counsel, Ricardo E. Calderon.

The defendant pled guilty to the complaint on December 09, 2013. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | December 04, 2013 |

As pronounced on December 09, 2013, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of 10 days with credit for time already served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 9th day of December, 2013.

VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE

Arresting Agency: DRBP - Del Rio Border Patrol
USM#: 29138380

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| 1. **CIR./DIST./DIV. CODE** | 2. **PERSON REPRESENTED** | **VOUCHER NUMBER** | |
|---|---|---|---|
| TXW | (1) Marcotulio Diaz-Sanchez | | |
| 3. **MAG. DKT/DEF. NUMBER** | 4. **DIST.DKT./DEF.NUMBER** | 5. **APPEALS DKT./DEF.NUMBER** | 6. **OTHER DKT. NUMBER** |
| DR:13-M -14667(1) | | | |
| 7. **IN CASE/MATTER OF** *(Case Name)* | 8. **PAYMENT CATEGORY** | 9. **TYPE PERSON REPRESENTED** | 10. **REPRESENTATION TYPE** |
| U.S. vs. (1) Marcotulio Diaz-Sanchez | Petty Offense | Adult Defendant | Criminal Case |

11. **OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more thatn one offense, list (up to five) major offenses chargd, according to severity of offense.*
8 USC 1325(a)(1) - IMPROPER ENTRY BY AN ALIEN8 USC 1325(a)(1)

12. **ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix),*
**AND MAILING ADDRESS**
Calderon, Ricardo E.
P.O. Box 2160
Eagle Pass, TX 78853

Telephone Number: (830) 757-2700

14. **NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

13. **COURT ORDER**
[X] O Appointing Counsel
[ ] C Co-Counsel
[ ] F Subs for Federal Defender
[ ] R Subs for Retained Attorney
[ ] P Subs for Panel Attorney
[ ] Y Standby Counsel
Prior Attorney's Name: ____
Appointment Date: ____
[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
[ ] Other *(See Instructions)*

**Signature of Presiding Judicial Officer or By Order of the Court**
**12/06/2013**
Date of Order — Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment [ ] YES [ ] NO

| **CLAIM FOR SERVICES AND EXPENSES** | | | **FOR COURT USE ONLY** | | | |
|---|---|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. IN COURT | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other *(Specify on additional sheets)* | | | | | |
| | **(RATE PER HOUR = $ ) TOTALS:** | | | | | |
| 16. OUT | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| | **(RATE PER HOUR = $ ) TOTALS:** | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 19. **CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE** | 20. **APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION** | 21. **CASE DISPOSITION** |
|---|---|---|
| **FROM:** ____ **TO:** ____ | | |

22. **CLAIM STATUS** [ ] Final Payment [ ] Interim Payment Number ____ [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO If yes, were you paid? [ ] YES [ ] NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? [ ] YES [ ] NO If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**
Signature of Attorney ____ Date ____

| **APPROVED FOR PAYMENT -- COURT USE ONLY** | | | | |
|---|---|---|---|---|
| 23. **IN COURT COMP.** | 24. **OUT OF COURT COMP** | 25. **TRAVEL EXPENSES** | 26. **OTHER EXPENSES** | 27. **TOTAL AMT. APPR./CERT.** |
| 28. **SIGNATURE OF THE PRESIDING JUDGE** | | | **DATE** | 28a. **JUDGE CODE** |
| 29. **IN COURT COMP.** | 30. **OUT OF COURT COMP** | 31. **TRAVEL EXPENSES** | 32. **OTHER EXPENSES** | 33. **TOTAL AMT. APPR./CERT.** |
| 34. **SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)** *Payment approved in excess of the statutory threshold amount.* | | | **DATE** | 34a. **JUDGE CODE** |